**Dated: August 21, 2020**

**The following is ORDERED:**



Janice D. Loyd
U.S. Bankruptcy Judge

## IN THE UNITED STATES BANKRUPTCY COURT
## FOR THE WESTERN DISTRICT OF OKLAHOMA

In re:

FLUID END SALES, INC. d/b/a FIVE STAR RIG & SUPPLY CO., INC.,

    Debtor.

Case No. 20-12777-JDL
Chapter 11
Subchapter V

### ORDER GRANTING DEBTOR'S APPLICATION FOR ENTRY OF ORDER (I) SHORTENING TIME FOR OBJECTION DEADLINE, (II) APPROVING NOTICE PROCEDURES, AND (III) SETTING EXPEDITED HEARING OF FIRST DAY MOTIONS

This matter comes on for consideration based on the Debtor's Application for Entry of Order (I) Shortening Time for Objection Deadline, (II) Approving Notice Procedures, and (III) Setting Expedited Hearing of First Day Motions (the "Application") filed by Debtor Fluid End Sales, Inc., d/b/a Five Star Rig & Supply Co., Inc. (the

1527543

"Debtor").[1] The Court has jurisdiction to consider the Application and for cause shown finds that the Application should be granted.

IT IS HEREBY ORDERED THAT:

1. The Application is GRANTED to the extent set forth herein.

2. The following First Day Motions filed by the Debtor are set for hearing on **Wednesday, August 26, 2020, at 10:00 a.m.**, before the Honorable Janice D. Loyd, at 215 Dean A. McGee Ave., 2nd Floor Courtroom, Oklahoma City, Oklahoma 73102:

   i. Emergency Motion for Interim and Final Orders Authorizing Use of Cash Collateral, Granting Adequate Protection, and Scheduling a Final Hearing;

   ii. Debtor's Emergency Motion for Interim and Final Orders Granting the Authorization to Pay Prepetition Claims of Critical Vendors;

   iii. Debtor's Emergency Motion for Interim and Final Orders Authorizing Debtor to Honor Prepetition Obligations to Employees and Continue Employee Benefits Programs;

   iv. Debtor's Emergency Motion for Interim and Final Authorization to Maintain Existing Bank Accounts; and

   v. Debtor's Emergency Motion for Interim and Final Orders Granting Authorization to Pay Certain Prepetition Taxes and Fees.

3. The notice procedures for the First Day Motions outlined in the Application are approved.

4. Responses and objections to the interim relief sought in the First Day Motions shall be filed no later than **Tuesday, August 25, 2020, at 4:00 p.m.**

---

[1] Capitalized terms not otherwise defined herein shall have the meanings given to them in the Application.

5.   The final hearing on any interim orders entered regarding the First Day Motions is set for **September 24, 2020, at 1:30 p.m.**, before the Honorable Janice D. Loyd, at 215 Dean A. McGee Ave., 2nd Floor Courtroom, Oklahoma City, Oklahoma 73102.

6.   If no response or objection is timely filed to the First Day Motions, the Court may grant the requested relief without a hearing or further notice.

7.   This Court shall retain jurisdiction over all matters arising from or related to the interpretation and implementation of this Order.

Findings of fact are based upon representation of counsel.

IT IS SO ORDERED.

### # # #

APPROVED:

*/s/Clayton D. Ketter*
Robert N. Sheets, OBA No. 8152
Clayton D. Ketter, OBA No. 30611
Martin J. Lopez III, OBA No. 33555
PHILLIPS MURRAH P.C.
Corporate Tower, 13th Floor
101 North Robinson Avenue
Oklahoma City, OK 73102
(405) 235-4100 - telephone
(405) 235-4133 - facsimile
rnsheets@phillipsmurrah.com
cdketter@phillipsmurrah.com
mjlopez@phillipsmurrah.com
**Proposed Attorneys for Debtor**